S93G1125. ADCOCK v. THE STATE.
(438 SE2d 910)

SEARS-COLLINS, Justice.

Statements made by the appellant, Janice Adcock, during a hearing for temporary child support in a paternity action she brought against her biological father, who is also the biological father of her child, were subsequently used against her in a criminal prosecution for incest. For the reasons detailed in the dissent to the Court of Appeals decision, see *Adcock v. State*, 208 Ga. App. 346, 350-353 (430 SE2d 606) (1993) (Beasley, J., dissenting), we find that the self-incriminating statements made during the civil hearing were not voluntary and, therefore, should not have been admitted in the criminal trial. *Jackson v. Denno*, 378 U. S. 368 (84 SC 1774, 12 LE2d 908)

---

(1964). Accordingly, we reverse the judgment of the Court of Appeals.

*Judgment reversed. Clarke, C. J., Hunt, P. J., Benham, Fletcher, Sears-Collins, Hunstein, JJ., and Judge Robert J. James concur. Carley, J., disqualified.*

DECIDED JANUARY 31, 1994.

*Lanser, Levinson & Paul, Adrian F. Lanser III, Christopher G. Paul,* for appellant.

*T. Joseph Campbell, District Attorney,* for appellee.